## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **HUONG GILMER GIACCIO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **No. 3:26-cv-855-O** |
| | § | |
| **CITY OF CARROLLTON, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ADOPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this **24th day** of **July 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**